IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CR 106-130-11 |
| | * | |
| RODAGUS MARILENTO THOMAS | * | |

O R D E R

Presently before the Court is Defendant Thomas's "Motion for Modification or Reduction of Sentence," in which he seeks the remission of any interest on the court-ordered restitution amount of $38,127.62. The Government does not oppose the motion. Moreover, upon consultation, the United States Probation Office does not oppose the motion. Upon due consideration, the motion (doc. no. 61) is **GRANTED**. Accordingly, **IT IS ORDERED** that the interest on the court-ordered restitution in this case is hereby **REMITTED**. Defendant's monthly payments of $500 on the restitution amount shall remain in full force and effect.

**ORDER ENTERED** at Augusta, Georgia, this 20th day of April, 2016.

_____
UNITED STATES DISTRICT JUDGE